IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK T. SARGENT | CRIMINAL INDICTMENT<br>NO. 1:20-CR-228-4-MHC-JKL<br>(SECOND SUPERSEDING) |

## GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT AS TO DEFENDANT MARK T. SARGENT

Defense counsel has informed the government that Defendant Mark T. Sargent died on May 31, 2021. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and *United States v. Matta*, 937 F.2d 567, 568 (11th Cir. 1991), the government hereby requests leave of court to dismiss the Second Superseding Indictment as to Defendant Mark T. Sargent only. The government intends for the charges in the Second Superseding Indictment to remain intact against the other Defendants.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

JOHN RUSSELL PHILLIPS
*Assistant United States Attorney*
Georgia Bar No. 576335

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000

## Certificate of Service

I hereby certify that, on June 16, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

JOHN RUSSELL PHILLIPS
*Assistant United States Attorney*