IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE FAYNE A/K/A ARKANSAS MO | Criminal Action No.<br><br>1:20-cr-00228-MHC-JKL |

### FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Maurice Fayne a/k/a Arkansas Mo. The Court entered the Consent Preliminary Order of Forfeiture on May 11, 2021 [Doc. 187], forfeiting the following property to the United States pursuant to 18 U.S.C. § 982(a)(2):

    a. $60,000.00 in funds seized from Sterling National Bank account number XXXXX5233 held in the name of Lucky Star Licensing.

    b. $29,477.91 in funds seized from United Community Bank account number XXXXXX2864 held in the name of K.L.

    c. $9,362.47 in funds seized from United Community Bank account number XXXXXX2299 held in the name of P.C.

    d. 2015 Kenworth T-680 truck, VIN 1XKYDP9X3FJ384332.

e. 2015 Kenworth T-680 truck, VIN 1XKYDP9XOFJ384367.

f. 2015 Kenworth T-680 truck, VIN 1XKYDP9X5FJ384364.

g. 2015 Kenworth T-680 truck, VIN 1XKYDP9X5FJ384350.

h. 2015 Kenworth T-680 truck, VIN 1XKYDP9X5FJ384347.

i. 2015 Kenworth T-680 truck, VIN 1XKYDP9X1FJ384362.

j. 2015 Kenworth T-680 truck, VIN 1XKYDP9XXFJ384358.

k. 2015 Kenworth T-680 truck, VIN 1XKYDP9XBFJ384343.

The United States published notice of the forfeiture action on the official government internet site forfeiture.gov for at least 30 consecutive days. The United States also sent notice of the forfeiture action via certified mail, return receipt requested and regular mail to all potential third-party claimants consisting of Cawanza Wilkins, Karlie Lewis, Princeton Cunningham, and Ruben Azrak. No one has filed a claim to the assets and the deadline for doing so has expired.

This Court having found that the Defendant has an interest in the property subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2) and that no one filed a petition claiming an interest in the assets, it is hereby ORDERED, ADJUDGED AND DECREED that:

2

1. Final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 982(a)(2):

   a. $60,000.00 in funds seized from Sterling National Bank account number XXXXX5233 held in the name of Lucky Star Licensing.

   b. $29,477.91 in funds seized from United Community Bank account number XXXXXX2864 held in the name of K.L.

   c. $9,362.47 in funds seized from United Community Bank account number XXXXXX2299 held in the name of P.C.

   d. 2015 Kenworth T-680 truck, VIN 1XKYDP9X3FJ384332.

   e. 2015 Kenworth T-680 truck, VIN 1XKYDP9XOFJ384367.

   f. 2015 Kenworth T-680 truck, VIN 1XKYDP9X5FJ384364.

   g. 2015 Kenworth T-680 truck, VIN 1XKYDP9X5FJ384350.

   h. 2015 Kenworth T-680 truck, VIN 1XKYDP9X5FJ384347.

   i. 2015 Kenworth T-680 truck, VIN 1XKYDP9X1FJ384362.

   j. 2015 Kenworth T-680 truck, VIN 1XKYDP9XXFJ384358.

   k. 2015 Kenworth T-680 truck, VIN 1XKYDP9XBFJ384343.

2. All right, title and interest in the assets is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS 20th day of July, 2021.

MARK H. COHEN
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Radka T. Nations
Radka T. Nations
Assistant United States Attorney

4