FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 03 2023

KEVIN P WEIMER, Clerk
By: Rebecca [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Civil No. 1:23-cv-04917-MHC
Crim No. 1:20-cr-00228

MAURICE JOHNSON FAYNE

## NOTICE OF NEW ADDRESS

COMES Petitioner, Maurice J. Fayne ("Fayne"), appearing *pro se,* and in support of this notice would show as follows:

Please be advised that Fayne has been moved from:

> MAURICE JOHNSON FAYNE
> REG. NO. 73197-019
> FTC OKLAHOMA CITY
> FEDERAL TRANSFER CENTER
> P.O. BOX 898801
> OKLAHOMA CITY, OK 73189

to:

> MAURICE JOHNSON FAYNE
> REG. NO. 73197-019
> USP ATLANTA
> U.S. PENITENTIARY
> P.O. BOX 150160
> ATLANTA, GA 30315

WHEREFORE, Fayne respectfully requests that the Court adjust its records to reflect his new contact information and direct future correspondence to the address noted above.

Respectfully submitted,

Dated: October 31, 2023

*Maurice Johnson Fayne*
MAURICE JOHNSON FAYNE
REG. NO. 73197-019
USP ATLANTA
U.S. PENITENTIARY
P.O. BOX 150160
ATLANTA, GA 30315

Retail  

30303

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX 77070
OCT 31, 2023

**$1.59**

R2305E126222-07

Maurice J. Fayne
Reg. No. 73197-019
USP ATLANTA
U.S. PENITENTIARY
P.O. BOX 150160
ATLANTA, GA 30315

TO:
Mr. Kevin P. Weimer
Clerk of Court
U.S. District Court
Northern District of Georgia
Atlanta Division
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

CLEARED DATE
NOV 03 2023
U.S. Marshals Service
Atlanta, GA 30303