FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

2-12-24

FEB 29 2024

KEVIN P. WEIMER, Clerk
[signature] Deputy Clerk

Judge John K Larkins III
Circuit Court Clerk,

This is in response to the show cause order. Unfortunately I'm at USP Atlanta Holdover and don't have access to my property to resend memorandum. I'm currently awaiting a transfer and I'm not sure exactly what date that will take place nor when I will receive my property. I started the admin. remedy process on this matter because when I received the order to file the memorandum it was already past the deadline, my legal mail had been opened and not in my presence. When ordered it was mailed out I was in Oklahoma City Tranfer Center, then moved here. When I was here back in 2021, a seperatee between myself and a current female staffer was issued because we known one another in the past. However a failure on BOP, sent me back here, and I'm in the holdover waiting to be sent somewhere else which is no fault of my own. I asking for an extention; however I don't know how long because I'm not in control of when I will leave nor when my property will arrive.

MAURICE JOHNSON FAYNE
73197-019
Atlanta USP Holdover
P.O. Box 150160
Atlanta, GA 30315
02/12/2024

MAURICE JOHNSON FAYNE
73197-019
Atlanta USP Holdover
P.O. Box 150160
Atlanta, GA 30315



Office of the Clerk
United States District Court
c/o Judge Larkins III
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30363

02/12/24
legal mail

2/12/24
legal mail

2/12/24
Legal Mail

2/12/24
legal mail